**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: October 29, 2013**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:

    Martin C. Opphile                            Case # 13-56781
    Linda Opphile                               Chapter 13
        Debtors                                 Judge Preston

### ORDER TO EMPLOYER TO WITHHOLD AND
### TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY

      Debtor, **Martin C. Opphile**, having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan.  The employer is not authorized to deduct any administrative expenses or service fees for this deduction.  Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C. Section 1325(b), it is

      **ORDERED** that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and social security number to:

**Chapter 13 Trustee**
**P.O. Box 71-0795**
**Columbus, Ohio 43271-0795**

      It is further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule.

       It is further ORDERED that pursuant to 11 U.S.C. Section 1352, deduction shall remain in effect without further order of this Court, but that deductions may terminate only upon appropriate notice to debtor's employer.

| | |
|---|---|
| Employer: | **FedEx Freight, Inc.** |
| | **Attn:  Payroll Department** |
| | **1790 Kirby Pkwy., # 300** |
| | **Memphis, TN  38138** |
| | |
| Deduction: | **$119.53 per month;** |
| | **($27.59 sent weekly from every paycheck)** |

    IT IS SO ORDERED.

Copies to:
Default List;
FedEx Freight, Inc., Attn:  Payroll Department, 1790 Kirby Pkwy., # 300, Memphis, TN  38138.

# # #